## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| RICKEY WESLEY, INDIVIDUALLY § <br> AND ON BEHALF OF ALL OTHERS § <br> SIMILARLY SITUATED, § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> EXPERIAN INFORMATION § <br> SOLUTIONS, INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:18-cv-0005-ALM |

## DEFENDANT'S APPENDIX IN SUPPORT OF
## MOTION TO FOR SUMMARY JUDGMENT

Defendant attaches this Appendix in Support of Motion for Summary Judgment.

| Exhibit | Description | APP |
|---|---|---|
| A | Declaration of Fatma Rizvan | App 001 – 002 |
| A-1 | Pay Practices Policy | App 003 - 005 |
| A-2 | On Call, Standby and Call-Back Time Policy (01/01/2009) | App 006 - 008 |
| A-3 | On Call, Standby and Call Back Time Policy (10/01/2017) | App 009 - 011 |
| A-4 | Personnel Information for James Shelton | App 012 |
| B | Deposition of Rickey Wesley | App 013 - 046 |
| C | Deposition of Francisco Lugo | App 047 - 085 |
| D | Deposition of Ihor Nakonecznyj | App 086 - 127 |
| E | Deposition of Jennifer Dodson | App 128 - 168 |
| F | Deposition of Joseph O'Connor | App 169 - 202 |
| G | Deposition of Ryan Stephens | App 203 - 244 |
| H | Deposition of Kevin Phan | App 245 - 285 |
| I | Deposition of David Dell | App 286 - 318 |

Dated:  October 23, 2020          Respectfully submitted,

         By: */s/ Paul E. Hash*
         Paul E. Hash
         State Bar No. 09198020
         Paul.Hash@jacksonlewis.com
         Wendy Wilkins, Esq.
         Texas Bar No. 24095715
         Wendy.Wilkins@jacksonlewis.com
         JACKSON LEWIS P.C.
         500 N. Akard, Suite 2500
         Dallas, Texas  75201
         PH:  (214) 520-2400
         FX:  (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On October 23, 2020, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

         J. Forester
         Meredith Mathews
         Forester Haynie PLLC
         400 North St. Paul St., Suite 700
         Dallas, TX 75201

         Jill J. Weinberg
         Weinberg Law Firm, PLLC
         6425 Willow Creek Drive
         Plano, TX 75093

         */s/ Paul E. Hash*
         Paul E. Hash