UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **RICKEY WESLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** § § § § § § **Plaintiff,** § § **V.** § § **EXPERIAN INFORMATION SOLUTIONS, INC.** § § § § **Defendant.** § | **CIVIL ACTION NO. 4:18-CV-0005-ALM** |

## DECLARATION OF FATMA RIZVAN

My name is Fatma Rizvan. I am over the age of twenty-one (21) and make this Declaration based on personal knowledge and attest to the following:

1. "I am a Human Resource Generalist for Experian Information Solutions, Inc. I have personal knowledge of all facts recited herein and state that such facts are true and correct.

2. As part of my regular job responsibilities, I have knowledge of the business structure of Experian Information Solutions, Inc., specifically pertaining to its management and employees. This knowledge is based both on my experience as an HR Generalist and based on my review of business and personnel records maintained in the ordinary course of business. If called as a witness, I would and could competently testify to all facts set forth below which are in my personal knowledge.

3. Experian is an information technology company that offers consumer and business credit reporting and marketing services to individual consumers and businesses.

4. Certain Experian employees have specialized technical knowledge and skills that are used to assist in the security and efficiency of the data managed by Experian. Because these

global security and data systems are needed at all times, some of Experian's employees are required to be available for emergency calls after regularly scheduled work hours.

5. Experian's Human Resources policies, including timekeeping and payment polices, are available to all employees on the Experian intranet.

6. Per Experian's Pay Policy, Experian employees are responsible for keeping track of and accurately entering their working time into Experian's Oracle E-Business Suite, which contains the company's timekeeping record system. A true and correct copy of Experian's Pay Policy is attached hereto as **Exhibit A-1**.

7. Experian has a Company-wide policy regarding on-call, standby, and call-back time. A copy of that policy in effect from January 1, 2009 to October 1, 2017 is attached hereto as **Exhibit A-2**. A true and correct copy of that policy in effect from October 1, 2017 to present is attached hereto as **Exhibit A-3**.

8. Experian hired Plaintiff James Shelton ("Shelton") as a Junior Systems Administrator II on March 17, 2014. Shelton voluntarily resigned from his employment with Experian, and his last day of employment was October 15, 2015. A true and correct copy of the personnel information regarding Shelton's dates of employment is attached hereto as **Exhibit A-4**.

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing statements are true and correct."

SIGNED ON THIS 23 DAY OF OCTOBER, 2020.

_____



**Pay Practices**
Human Resources Policy
US Only

# 1. Policy statement

Experian defines specific classifications and guidelines for payment of employees on standard workweeks.

# 2. Scope

This policy applies to US-based employees.

# 3. Guidelines

### 3.1 Standard workweek

The standard workweek begins on Monday at 12:00 a.m. and ends on Sunday at 11:59 p.m. (Central Time).

### 3.2 Overtime

If you are a non-exempt employee, you will be paid overtime according to all state or federal wage and hour laws.  Only hours actually worked in the day or workweek will be counted in determining whether overtime premiums are owed.  You must obtain advance approval in writing from your manager before working any overtime.  Violation of this requirement may result in disciplinary action up to and including termination.

### 3.3 Rates of overtime for non-exempt employees

At a minimum, non-exempt employees will receive one and one half times their regular employees will receive one and one half times their regular rate of pay for all hours worked in a workweek in excess of 40 hours.  Employees who work in states that have laws requiring daily overtime payments or higher overtime rates (based on specified hours worked in the day or workweek) will receive overtime payments in accordance with the applicable state law.

### 3.4 Shift differential

Shift differential is a premium which may be paid in addition to your base rate of pay.

| | | |
|---|---|---|
| Last reviewed:<br>01-Jul-15 | **EXPERIAN INTERNAL** | Page 1 of 3 |
| Current version:<br>Rev 2 (01-Aug-11) | Supersedes:<br>Rev 1 (01-Jan-00) | First published:<br>Rev 1 (01-Jan-00) |

**APP 003**



**Pay Practices**
Human Resources Policy
US Only

### 3.5 Makeup time

Non-exempt employees may request time off for a personal obligation and make up the time within the same workweek.  The request from the employee must be in writing and approved by the manager.  In no case may an employee work more than 11 hours on another workday to make up the time off, nor may the number of make-up hours in one workweek exceed 40.  If makeup time is not an option or not approved, an employee must use accrued sick or FTO hours, as permitted under those policies, or go unpaid.

### 3.6 Working on holidays

Regular non-exempt employees who must work on an Experian-designated holiday due to business necessity will be paid double time for the first eight hours worked plus eight hours of holiday pay.  After the first eight hours worked on the holiday, the employee will receive their double-time rate for additional hours worked.

Regular exempt employees who must work on an Experian designated holiday due to business necessity may arrange for an alternate day off to be taken within the same calendar year.  However, if they terminate without having taken the alternate day off, they will not be paid for it.

### 3.7 Pay for non-exempt employees on travel status

One-Day Trip: You will be paid from the time you depart from home and return to home, minus normal commute and meal times, with a minimum of eight hours paid.

Overnight Trip: If you are traveling on a regularly scheduled workday, you will be paid for all travel time that exceeds your normal commute time and for any time spent on work-related activities with a minimum of eight hours for that day.  If you are traveling on a non-scheduled workday, you will be paid for actual travel time from the time of departure from home to the arrival time at your hotel and for any time spent on work-related activities.  Extended travel time due to personal pursuits (such as sight-seeing and meals) is not compensable.

Optional Travel Schedule: If you are offered to fly to your destination, but request and are permitted to take an alternate method of transportation (car, rail, bus), we will count as hours worked whichever is the lesser of (1) the time you spent in travel using the alternate method or (2) the time we would have counted as hours worked had you used the offered transportation.

| Last reviewed:<br>01-Jul-15 | **EXPERIAN INTERNAL** | Page 2 of 3 |
|---|---|---|
| Current version:<br>Rev 2 (01-Aug-11) | Supersedes:<br>Rev 1 (01-Jan-00) | First published:<br>Rev 1 (01-Jan-00) |

**APP 004**



**Pay Practices**
Human Resources Policy
US Only

### 3.8 Pay for training time

Non-exempt employees will be paid for time spent in training that is required by their manager in order to teach skills related to the employee's current job or training that is required by Experian. Time spent on courses covered under the Educational Assistance Program (which are purely voluntary and take place outside of regular working hours) are not considered hours worked.

### 3.9 Time cards

Non-exempt employees must accurately and completely record all time actually worked each day by including the actual start and end times as well as the start and end of time of meal breaks. Time worked includes any time you spend on work-related duties, including but not limited to reviewing and responding to work-related emails and voicemails, reviewing company information, and logging in and off your computer.

Exempt employees are only required to submit timecards when reporting the use of paid leave (e.g. Flexible Time Off (FTO), sick) or any full-day unpaid absence.

If upon reviewing your pay slip, you discover that it does not reflect your actual hours worked or submitted to Payroll, please notify your manager or Human Resources immediately.  Falsifying payroll records is a serious offense and is strictly prohibited.  Falsification of payroll records may result in corrective action up to and including an unpaid suspension or termination.

## 4. Related policies

Corrective Action
Paid Absences

Last reviewed:
01-Jul-15

**EXPERIAN INTERNAL**

Page 3 of 3

Current version:
Rev 2 (01-Aug-11)

Supersedes:
Rev 1 (01-Jan-00)

First published:
Rev 1 (01-Jan-00)

**APP 005**



**On Call, Standby and Call-Back Time**
Human Resources Policy
US Only

# 1. Policy statement

Experian recognizes that work may need to be covered or performed outside of normal work hours. The following policy describes how Experian defines and compensates employees who have this responsibility.

# 2. Scope

This policy applies to US-based non-exempt employees.

# 3. Guidelines

## 3.1 On call

On-call time is any specified period of time outside of your normal work hours during which Experian may ask you to be available to respond to calls for assistance and, if necessary, to report to the work site.  Any time that you actually provide assistance – over the telephone, by logging in to work remotely, or by reporting to work – is work time for which you will receive your regular rate of pay or overtime pay, as appropriate.  For example, Experian may ask you to be on-call from 8:00 p.m. to midnight on a regular work day.  If you receive no page, you are on-call for four hours, but you have no compensable time. If, while on-call, you receive a page for help, you will receive your regular or overtime rate of pay for time spent working in response to the page as described below.

## 3.2 Expectations

While on-call, you are expected to respond to a page or telephone call within 30 minutes.  You must call the appropriate manager and reach agreement regarding your estimated time of arrival or time you expect to be able to begin work, based upon your current location and any activities in which you may be engaged. In general, it is the goal to begin work on the problem in approximately one hour, measured from the time of your response to the page. Individual departments may implement specific on-call programs designed to meet their business needs.

Experian understands that you may or may not be able to meet the one-hour guideline and that, if you reasonably request more time to complete a personal pursuit in which you are engaged, your request will be granted.  However, if you are contacted, you cannot decline to provide the requested assistance altogether.  You will be expected to respond within a reasonable period of time by

| Last reviewed:<br>11-Jul-17 | **EXPERIAN INTERNAL** | Page 1 of 3 |
|---|---|---|
| Current version:<br>Rev 2 (01-Jan-09) | Supersedes:<br>Rev 1 (01-Jan-00) | First published:<br>Rev 1 (01-Jan-00) |

**APP 006**



**On Call, Standby and Call-Back Time**
Human Resources Policy
US Only

addressing the problem over the telephone, by connecting to work on a computer, or by reporting to the work site.  You are expected to be in compliance with Experian's Drug Free Workplace policy while performing such work.

You will have no restrictions on your time or activities beyond these basic guidelines, other than to remain in an area where you can receive messages by page or telephone and within a reasonable distance from work.

### 3.3 Standby

If, because of critical business needs, you are required to be more immediately available to begin work than the on-call standards, these hours would be considered standby time and you will receive your regular or overtime rate of pay for all standby time.

### 3.4 Expectations

Specific expectations of you for standby time will be determined by your manager and will include acceptable response times.  You are expected to be in compliance with Experian's Drug Free Workplace policy while on standby.

### 3.5 Call-Back

A call-back is any instance in which, after leaving work at the end of a scheduled work day, Experian asks you to return to work to provide help with a work-related issue.  This may occur after hours on a regular work day or on your days off.  Call-back time differs from on-call time or standby time, in that on-call and standby time are set periods during which you must be available to respond to pages for help.  A call-back could occur during an on-call or a standby period, but it also could occur at any other time.  If you receive a call-back request outside an on-call or standby period, your response and reporting guidelines are those that you arrange with the supervisor or manager who contacts you.  For example, you might leave work at the end of a day with no expectation on your part or on the part of your manager or supervisor that your assistance will be needed until the next work day.  However, if a work-related issue occurs after hours, you may be a logical person to contact to assist with the problem.  If you are available and provide that help, you will receive appropriate pay as described below.

### 3.6 Expectations

If you receive a page or call for help with a work-related issue during an on-call or standby period, you must follow the guidelines regarding on-call and standby time above.  If it occurs outside of an on-call or standby period, you should discuss your availability with the manager who contacts you and follow his or her instructions.

| | | |
|---|---|---|
| Last reviewed:<br>11-Jul-17 | **EXPERIAN INTERNAL** | Page 2 of 3 |
| Current version:<br>Rev 2 (01-Jan-09) | Supersedes:<br>Rev 1 (01-Jan-00) | First published:<br>Rev 1 (01-Jan-00) |

**APP 007**



**On Call, Standby and Call-Back Time**
Human Resources Policy
US Only

## 4. Pay for on call, standby and call-back time

You will be paid for all hours worked whether you do so by responding to a question over the telephone, addressing a problem by computer from home or other location, or by reporting to the work site. You will receive straight time, time and one-half, or double time as required by the state in which you work. You will receive at least the minimum payment as required by applicable state law. There is no pay for on-call time if you receive no page or call for help. Pay for standby time, whether or not you are performing work, has been described above.

## 5. Record keeping

In the event that you work during any on-call period or as a result of a call-back, you must keep accurate records of your work time, including the length of any work-related telephone calls, your time on a computer at home or other location, your drive time, and your time at the work site. All hours on standby time must also be accurately recorded. This time should be submitted through the normal time card process.

## 6. Related policies

Pay Practices
Drug Free Workplace

Last reviewed:
11-Jul-17

**EXPERIAN INTERNAL**

Page 3 of 3

Current version:
Rev 2 (01-Jan-09)

Supersedes:
Rev 1 (01-Jan-00)

First published:
Rev 1 (01-Jan-00)

**APP 008**



**On-Call, Standby and Call-Back Time**
Human Resources Policy
US Only

## 1. Policy statement

Experian recognizes that work may need to be covered or performed outside of normal work hours. The following policy describes how Experian defines and compensates employees who have this responsibility.

## 2. Scope

This policy applies to US-based non-exempt employees.

## 3. Guidelines

### 3.1 On call

On-call time is any specified period of time outside of your normal work hours during which Experian may ask you to be available to respond to calls for assistance and, if necessary, to report to the work site.  Any time that you actually provide assistance – over the telephone, by logging in to work remotely, or by reporting to work – is work time for which you will receive your regular rate of pay or overtime pay, as appropriate.  For example, Experian may ask you to be on-call from 8:00 p.m. to midnight on a regular work day.  In that case, your on-call shift is for four hours, but if you do not receive a request for assistance during the shift, you have no compensable time. If, while on-call, you receive a request for help, you will receive your regular or overtime rate of pay for time spent working in response to the request as described below.

### 3.2 Expectations

While on-call, you will have at least 15 minutes to respond to a text, call or email requesting your assistance.  You must call the appropriate manager or operations team who initiated the call out and reach agreement regarding your estimated time of arrival or time you expect to be able to begin work, based upon your current location and any activities in which you may be engaged. It is the goal to begin work on the problem as soon as practicable after receiving the request. Before implementing an on-call time program, individual departments must coordinate with Human Resources to develop specific requirements that are compliant with local law and responsive to business needs.

| | | |
|---|---|---|
| Last reviewed:<br>01-Apr-18 | **EXPERIAN INTERNAL** | Page 1 of 3 |
| Current version:<br>Rev 3 (01-Oct-17) | Supersedes:<br>Rev 2 (01-Jan-09) | First published:<br>Rev 1 (01-Jan-00) |

**APP 009**



**On-Call, Standby and Call-Back Time**
Human Resources Policy
US Only

Experian understands that you may need some time to complete a personal pursuit in which you are engaged before beginning work and it is Experian's expectation that you and your manager will agree upon a reasonable time frame to begin addressing the problem either on the telephone, by connecting to work on a computer, or by reporting to the work site.  You are expected to be in compliance with Experian's Drug Free Workplace policy while performing such work.

You will have no restrictions on your time or activities beyond these basic guidelines, other than to remain in an area where you can receive messages by phone, text or email and within a reasonable distance from work.

### 3.3 Standby

If, because of critical business needs, you are required to be so immediately available to begin work upon receiving a request for assistance, such that you cannot effectively use this time for personal pursuits, then these hours would be considered standby time. You will receive pay for all standby time, which may or may not be at your standard rate of pay.  Before implementing a standby time program, individual departments must coordinate with Human Resources to determine the appropriate pay rate for standby time.

### 3.4 Expectations

Specific expectations of you for standby time will be determined by your manager and will include acceptable response times.  You are expected to be in compliance with Experian's Drug Free Workplace policy while on standby.

### 3.5 Call-Back

A call-back is any instance in which, after leaving work at the end of a scheduled work day, Experian asks you to return to work to provide help with a work-related issue.  This may occur after hours on a regular work day or on your days off.  Call-back time differs from on-call time or standby time, in that on-call and standby time are set periods during which you must be available to respond to requests for help.  A call-back could occur during an on-call or a standby period, but it also could occur at any other time.  If you receive a call-back request outside an on-call or standby period, your response and reporting guidelines are those that you arrange with the supervisor or manager who contacts you.  For example, you might leave work at the end of a day with no expectation on your part or on the part of your manager or supervisor that your assistance will be needed until the next work day.  However, if a work-related issue occurs after hours, you may be a logical person to contact to assist with the problem.  If you are available and provide that help, you will receive appropriate pay as described below.

| | | |
|---|---|---|
| Last reviewed:<br>01-Apr-18 | **EXPERIAN INTERNAL** | Page 2 of 3 |
| Current version:<br>Rev 3 (01-Oct-17) | Supersedes:<br>Rev 2 (01-Jan-09) | First published:<br>Rev 1 (01-Jan-00) |

**APP 010**



**On-Call, Standby and Call-Back Time**
Human Resources Policy
US Only

**3.6 Expectations**

If you receive a request for help with a work-related issue during an on-call or standby period, you must follow the guidelines regarding on-call and standby time above.  If it occurs outside of an on-call or standby period, you should discuss your availability with the manager who contacts you and follow his or her instructions.

## 4. Pay for on call, standby and call-back time

You will be paid for all hours worked whether you do so by responding to a question over the telephone, addressing a problem by computer from home or other location, or by reporting to the work site.  You will receive straight time, time and one-half, or double time as required by the state in which you work.  You will receive at least the minimum payment as required by applicable state law. There is no pay for on-call time if you receive no request for help.  Pay for standby time, whether or not you are performing work, has been described above.

## 5. Record keeping

In the event that you work during any on-call period or as a result of a call-back, you must keep accurate records of your work time, including the length of any work-related telephone calls, your time on a computer at home or other location, your drive time, and your time at the work site.  All hours on standby time must also be accurately recorded.  All on-call, standby and call-back time should be submitted through the normal time card process, either as regular time, overtime, or as specially designated standby time, depending on the set-up of the program in your department.  Your manager or HR will provide specific instruction on recording the on-call, standby and call-back time for the particular program in your department.

## 6. Related policies

Pay Practices
Drug Free Workplace

| | | |
|---|---|---|
| Last reviewed:<br>01-Apr-18 | **EXPERIAN INTERNAL** | Page 3 of 3 |
| Current version:<br>Rev 3 (01-Oct-17) | Supersedes:<br>Rev 2 (01-Jan-09) | First published:<br>Rev 1 (01-Jan-00) |

**APP 011**



APP 012