# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RICKEY WESLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, *Plaintiff*, v. EXPERIAN INFORMATION SOLUTIONS, INC., *Defendant*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.  4:18-CV-00005 Judge Mazzant |

## **FINAL JUDGMENT**

Pursuant to Memorandum Opinion and Order entered on this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby **DENIED**.

**SIGNED** this 26th day of February, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE