# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 18, 2021

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

      No. 21-40236    Wesley v. Experian Info
                            USDC No. 4:18-CV-5

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dawn M. Shulin, Deputy Clerk
                          504-310-7658

cc w/encl:
    Mr. Michael Joseph DePonte
    Mr. Jesse Forester
    Mr. Paul Ellis Hash

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-40236
_____

Rickey Wesley, Individually and *on behalf of* all others similarly situated,

                      *Plaintiff—Appellant*,

*versus*

Experian Information Solutions, Incorporated,

                      *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CV-5

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of October 18, 2021, pursuant to appellant's unopposed motion.

No. 21-40236

**A True Copy**
**Certified order issued Oct 18, 2021**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2